## United States District Court
## For the District of New Jersey

Jessica Anna Coco

Plaintiff,

----against---

Carepoint Health,

Carepoint Health Hoboken University Hospital,

Chief Executive Officer, Dr. Achintya Moulick,

Executive Vice President, William Pelino, and

Chief Hospital Executive, Robert Beauvais,

Defendants,

Case #

Jury Trial Requested

## PARTIES INVOLVED IN THIS COMPLAINT:

1. Plaintiff, Jessica Anna Coco was a patient at Carepoint Health Hoboken University Hospital from Oct. 16, 2020 to Oct. 17 2020. She resides in Hudson County. Her address is: 320 Jackson St. apt 194, Hoboken, NJ 07030. (201) 798-0786

2. Upon Information and belief, defendant Carepoint Health owns and manages CarePoint Health-Hoboken University Hospital. It's place of business is listed as: 10 Exchange Pl., 15th Floor, Jersey City NJ 07302. (201) 858-5329

3. Upon Information and belief, defendant CarePoint Health-Hoboken University Hospital is a subsidiary of Carepoint Health, whose principal office and hospital is located at: 308 Willow St. Hoboken, NJ 07030. (201) 418-1000

1

4. Upon Information and belief, defendant Dr. Achintya Moulick is Chief Executive Officer Carepoint Health. His place of employment is: CarePoint Health-Hoboken University Hospital 308 Willow St. Hoboken, NJ 07030. Phone number: (201) 418-1000

5. Upon Information and belief, William Pelino is Executive Vice President Carepoint Health. His place of employment is: CarePoint Health-Hoboken University Hospital 308 Willow St. Hoboken, NJ 07030. Phone number: (201) 418-1000

6. Upon Information and belief, Robert Beauvais is Chief Hospital Executive of Carepoint Health-Hoboken University Medical Center. His place of employment is: CarePoint Health-Hoboken University Hospital 308 Willow St. Hoboken, NJ 07030. Phone #: (201) 418-1000

## BASIS FOR JURISDICTION

Jessica Anna Coco, plaintiff Pro Se alleges by way of complaint as follows:

1. This is a original core proceeding over which this court has jurisdiction under Section 504 of the 1973 Rehabilitation Act and Section 1557 of the Affordable Care Act) and Title II and Title VI of the Civil Rights Act of 1964, which all prohibit discrimination on the basis of race, national origin, age, sex, and disability; whether real or perceived.

2. This action also includes claims pursuant to the provisions of 51. U.S.C §20137 dealing with Malpractice and Negligence Suits. In addition, to violations of hospital policies in violation of NJ State statutes and US. Federal statutes including, but not limited to reckless endangerment, attempted murder, murder and obstruction of justice and conspiracy..

3. Plaintiff contends gross medical negligence and willful criminal misconduct by the Plaintiffs on the basis of sex, age, race, national origin, and disability; whether actual or perceived.

4. In addition, this action is also pursuant to the provisions of the RICO Act title 18 U.S.C. § 1961-1968.

5. I also respectfully requesting a Grand Jury be convened to investigate the Defendants and others who enabled, encouraged, financed, or conspired with the Defendants to commit or

2

perpetrate these act and/or omissions by the Defendants that are in violation of the Criminal RICO Act 18 U.S.C. § 1961-1968 and/or elements thereof; and that I be given permission by the Court to address any such Grand Jury.

6. Further claims are set forth herein arising under the law of the State of New Jersey. This court has pendent jurisdiction over those claims asserted herein that arise under state law, in that they involve certain common issues of law, and should be tried in one judicial proceeding.

## STATEMENT OF FACTS:
### I PRELUDE TO THE EVENTS OF OCTOBER 17, 2020

1. I contend discrimination on the grounds of being a woman, being over 40, disabled, and being perceived to be of Puerto Rican origin.

2. I am a WTC Survivor. I was present near the vicinity of the WTC Towers when they collapsed on Sept. 11, 2001. Because of this I acquired and suffer from severe COPD/Asthma along with Osteomyelitis of the Jaw and other chronic physical health conditions.

3. Because of the fact Carepoint Hoboken University Hospital is the nearest hospital to me and I suffer from severe COPD/Asthma along with Osteomyelitis of the Jaw, I have been to emergency room of Carepoint Health Hoboken University Medical Center over 50 times in the last 10 years.

4. Over the years I have made numerous complaints both verbally and in writing alleging denial of service at Carepoint Health Hoboken University Medical Center on the grounds of being a woman, being over 40, disabled, and being perceived to be of Puerto Rican origin.

5. The last written complaint I filed was on Oct. 13, 2018 addressed to Ms. Ann Logan, who was then Director-Chief Hospital Executive at Carepoint-Hoboken University Medical Center. This complaint was filed against Dr. Haviva Malina. This was my second complaint filed against this same doctor; an earlier one was filed for date of service: Jan. 16, 2016. Both complaints allege racism and discrimination against perceived national origin.

3

6.  However, I have filed other complaints over the years concerning sexism, disability, and being over 40. For example, I filed a verbal complaint against Dr. Robert Mmereole for making ableist comments towards me in the ICU, such as telling me that as a disabled woman, medical services are wasted on me or suggesting I commit suicide since I have no quality of life. Complaints of misogyny are common in hospitals. Women often complain their conditions are not taken seriously or are trivialized. Studies have proven women are indeed treated differently than men in hospitals. In my particular case, a long-standing grievance from 2017 to 2018 is the fact Carepoint Hoboken University Medical Center alleges I suffer from Anxiety Disorder. I do not suffer from Anxiety Disorder. This is defamation of character. I have never been diagnosed by any mental healthcare physician or psychiatrist ever with Anxiety Disorder. In fact, no mental health physician ever diagnosed me or treated me for Anxiety Disorder at Carepoint Hoboken University Medical Center. Yet, even after complaining about this diagnose on my records, I recently found out it's still in my record. My extensive medical charts and history clearly demonstrates exposure to WTC dust and toxins. You would assume any professional healthcare specialist would see a correlation between exposure to WTC toxins and repeated hospitalization for respiratory conditions. Yet certain doctors in this institution insisted it was based upon being a post-menopausal woman. I cannot imagine any male firemen present as a first responder at 9/11 being told at this same hospital that his repeated emergency room visits were really due to his postmenopausal conditions, his need for attention, smoking crack, or female anxiety.

7.  Carepoint Hoboken University Medical Center has a bad reputation in the City of Hoboken for denying Hispanic minorities medical care. In fact, speaking of October 2018, a Hispanic child had been denied treatment and died just a few days before I was denied care leading to a discrimination lawsuit.

## II UNDERLYING FACTS-ALL COUNTS

1.  On Oct. 16, 2020, I called EMS. Upon arrival the Carepoint Ambulance told me they no longer provide any treatment, including oxygen and nebulizer treatment. In essence I received no treatment whatsoever in the ambulance. I was told I may also not receive any services at the hospital either when we arrive.

4

2. I arrived around 6:30pm at Carepoint Hospital Hoboken with a chronic cough, running nose, itchy eyes. All severe allergy symptoms from being exposed to Ready Round-Up pesticide that was sprayed near me. A friend Eric Rassi met me at the Emergency Room and was present the whole time during my whole emergency room visit.

3. Upon entry, I was informed by a female nurse that I had to wear a facemask. I explained I was diagnosed with severe asthma and I was coming to the hospital for a severe allergic reaction that included croupy nagging cough and severe running nose which were non-Covid related. I informed her I could not wear a mask under the circumstances. Moreover, I have COPD/Asthma and the facemask could exacerbate an asthma episode. The nurse's response was: she didn't care if I couldn't breathe. At this point, I then informed her, I was invoking the medical exemption as stipulated in the Executive Mask Order by the Governor. She told me, sure I was entitled to claim a medical exemption and they're also entitled to not provide me any care either. An allergy to the facemask caused me to suffer an asthma flare-up. Yet, the nurse told me that if I removed the mask, I would be denied all medical services at the hospital I just had to suffer.

It was my right in the State of NJ to refuse any medical treatment or device; yet I was forced to wear a facemask which is a EUA product that was exacerbating my health condition. This violates both 21 U.S.C. § 360bbb-3, which states all EUA products must be voluntary, 21 U.S.C. § 50.23 and § 50.24, along with the NJ 30:4-24.2 "Rights of Patients,." And Governor Murphy's Executive Order 107 (2020), which clearly stipulate: "All individuals shall wear face coverings. This requirement shall not apply when wearing a face covering would inhibit that individual's health."

4. Because I was starting to have acute respiratory problems and not cardiac problems, I insisted I didn't want an EKG, but to be given a nebulizer treatment immediately. I would take the EKG later. This same nurse informed me if I didn't get the EKG immediately I would be denied all medical services. This forced me to delay breathing treatments causing me unnecessary acute stress and physical discomfort. Again it was my legal right to refuse any services I did not want, but I was denied that right. Nurse's behavior was grossly

negligent. I should not have been forced to wear a face mask under the conditions and once I began to have an asthma exacerbation, I should have been given immediate medical care; specifically oxygen and nebulizer treatment.

5. The Emergency Room was nearly empty. It had few staff members. I recognized none of the nurses. I was told by one staff member they had laid off 75% of their staff; another told me 90% of their staff back in March 2020.

6. I should point out I was allowed to take of my facemask in the ER.

7. The Doctor on duty was Dr. Vohra, who has treated me many times in the past at the same hospital. He is familiar with my health issues. I have never had any past issues with Dr. Vohra. He immediately prescribed Duo meds to control my asthma flare-up, which it did. An unknown nurse immediately gave me DuoNeb treatment. My oxygen levels were at 92%. My pulse and my BP were normal.

8. I explained to Dr. Vohra generally I don't care about a nagging cough, but because of the "Covid" scare, I felt I was unable to go to work with a cough. I asked for a low dosage of a steroid and high dosage of IV magnesium sulfate. I generally always receive 2 grams of magnesium sulfate in IV form along with either a low dose of a steroid or no steroids at all, because they can potentially trigger an infection in the jaw which can potentially worsen my breathing conditions.

9. I was asked to take an invasive Covid PCR nasal test, I initially refused as 1) I was not there for Covid-related issues and 2) I had a bad reaction to a previous flu nasal test. I did agree to take a less invasive test such as a saliva test, but was told that test was only available to Hospital staff.

10. Dr. Robert Mmereole, who as previously noted attended to me in the past, came into my room telling me to sign a form for continued healthcare. The room was dark. When I requested he turn the lights on so I could read the document, the doctor insisted it was a general consent form everyone is asked to sign agreeing to accept healthcare services. Being familiar with hospital protocol from previous visits, I knew this was not part of any such

protocol. Only billers ask patients in the ER to sign forms. These forms are always read out loud to the patients in order to comply with informed consent laws.

I assumed the lights didn't work and asked Eric Rassi if he could turn on the flashlight mode on his cellphone so I could read the document before signing. The doctor insisted it was just a regular form for continued healthcare. When Mr. Eric Rassi pulled his cellphone out, the doctor stated the form was an order to allow resuscitation if necessary. The doctor explained that the governors of the tri-state area, NY, NJ, CT area, instituted a DNR order, unless a patient signs one of these forms. When I pressed him further, He said the form would give the hospital permission to place me on a ventilator if necessary. "You want to live, right?" Dr. Mmereole interjected.

When I replied, "Intubated? I'm only here for a mild, nagging cough. Don't I look familiar to you?" he suddenly and violently snatched the form and ripped it from my hand; trying to collect every piece. When Mr. Eric Rassi interjected he said "people who've been intubated prefer death." Suddenly right after this, the doctor turns the lights on in the room.

Upon request, I was denied a copy of the form. It is the law I am entitled to informed consent. Yet, Dr. Robert Mmereole tried to trick and coerce me into signing a document, which in effect denied me said informed consent. Assuming the document was as Dr. Mmereole states only a consent form to "place you on a vent" aka allow the hospital to place me in a semi-coma stage on life support. Why was it necessary to prevent me from having a copy of the document or reading it? The question is what was actually in that document. It could not have been a consent form to be placed on life support, because Dr. Mmereole already told me that, therefore that was not a secret. Was it a consent form to become an organ donor? I do not know. What I do know is this was a violation of the NJ 30:4-24.2 "Rights of Patients" and other applicable law that provides patients the right to informed consent, which I clearly was being denied. On the matter of life support itself: During 2020, the rate of death due to intubation was nearly 80%. If I had been tricked into signing this form, I may have been killed.

7

11. After this incident, I was given medications through injection and IV form. I was told the injection given to me was solu-medrol and the IV comprised of magnesium sulfate in saline solution. Obviously I have no way to ascertain whether the information I received was correct. Usually I would feel better and this would relieve any croupy cough or respiratory difficulties. Not only did the medication worsen my nagging cough, but suddenly I began to have serious breathing difficulties and chest pains along with jaw pain.

12. Dr. Vohra once again asked me to take a Covid-19 test. I told him I would be willing to take one on the condition, I get medical care. He told me he could not provide me anymore care according to the hospital protocols, so I refused.

13. Upon questioning the medications I received, Dr. Vohra stated I received a high dose of solu-medrol and a very low dose of magnesium sulfate; specifically 1 gram. My blood pressure and pulse sky-rocketed and my oxygen levels dropped. I asked Dr. Vohra for more magnesium and he told me he could not give me more than 1 gram. I asked Dr. Vohra why only 1 gram. I've never received so little magnesium sulfate ever in the hospital. In fact, I usually received 4 grams of magnesium sulfate in IV form. Dr. Vohra told he was forbidden to give me any treatment at this point. He was forced to follow hospital policy. I asked him if he couldn't give me anymore magnesium could he at least give me liquid codeine or codeine cough syrup for my cough or some Toradol for pain. Dr. Vohra explained, he couldn't give me anymore medical care period, besides they no longer provide narcotics like codeine especially for women, because narcotics can be habit forming. My oxygen levels suddenly dropped to 68%. I told the doctor the oximeter on the machine recording my vitals was obviously not working. No one can be alive and fully functioning at that level, but he insisted it was working and refused to get another machine to replace it or have a nurse bring over just a simple oximeter to check my blood oxygen levels. In other words, I was being denied all medical services.

In the past, I had a prescription of morphine sulfate due to the Osteomyelitis of the Jaw, which Dr. Vohra was aware of. Although he could not provide me with anymore care, he encouraged me to take the morphine pills he believed I still had a prescription. Actually,

8

19. Blood work clearly shows D. Dimer levels were very high. Yet, no one told me my D. Dimer high. There was no acknowledgment or follow up care for my heart condition. I was even denied lab work so if necessary I could bring to another hospital or physician. I was told I had to wait until the next day to request them from medical records. This was gross criminal negligence.

20. Since Mr. Eric Rassi could not join me upstairs, I gave him the keys to my apt and car and asked him to stay nearby in case of emergency. Once I was brought up to what turned out was ICU, I noticed there was no oxygen in the room and asked nurse calling Nurse Robin as she called herself, where the oxygen was located to give me DuoNeb treatment. Nurse Robin told me in her exact words while laughing in my face, "No, no that was before Covid. Now you don't get any care." When I asked why she stated that she was told to tell patients it's because the droplets from the nebulizer can spread "Covid". I told her that's irrational I have a croupy cough with phlegm going in all directions. The nurse just laughed literally in my face. Obviously, I called Mr. Eric Rassi to get my car and pick me up immediately. In addition, I demanded to speak to the director of the ICU and for a copy of the medical discharge forms. To my surprise she brought the "Informed Refusal" form which clearly states, "Worsening Shortness of Breath, Coma & Death. We cannot supply nebulizer because of unknown Covid-19 Status." I was not hospitalized due to Covid-19. No one diagnosed me with Covid-19. The Discharge Letter clearly shows I was never diagnosed with Covid-19. What it does show is I was denied medical care. Even if I had had Covid-19, the hospital had no legal right to deny me any healthcare services outside of intubation, which again is not healthcare but end of care services.

21. I spoke to a medical professional and employee employed by CarePoint Health-Hoboken Medical Center, whose name I do not feel at liberty to divulge. To my shock, he told me: "The only treatment you will get here is to be murdered by having a tube shoved down your throat. I don't care if you need insulin for your diabetes or a nebulizer for your asthma. Your life is worth $52,000 plus the sale of your organs." My mouth dropped and I told him, doesn't he feel ashamed? A lot of kids in Hoboken are asthmatic. He told me, no, he wasn't ashamed. It's not his policy, but the hospital. He told me he tells people like me to when he

10

sees them entering or in the ICU to leave if they can right away. I quickly apologized. I asked him if there were any "Covid" patients? He said only 1 officially. Who? He said "you, you're the only respiratory patient." "What about the test?" I asked. He replied, "The test will show you died of Covid. I told him I never took the Covid-19 test. He told me "then on the test, you didn't take you'll be positive." I asked him if he saw any "Covid" patients this year as opposed to flu for example and he responded "no." Hoax, I asked? He nodded. He further told me I needed to go to another hospital immediately, but to be careful, because a lot of hospitals were killing patients for money-that is unless you're related to someone like a big-time politician. I asked him if they were treating people at JC Medical center, but he said he didn't know.

22. Dr. Simon was the attending doctor in ICU. Because of the numerous emergency visits I have made over the years at Hoboken Medical Center, I am aware Dr. Simon worked at the hospital, but I have never received any treatment under his care. When he entered the room, I asked him the same question I asked Nurse Robin: "Where's the oxygen? Am I going to get a nebulizer treatment?" I told him, "they told me downstairs if I sign myself in that you would give me a mag. IV." He told me I would receive no medical care. But if I passed out, it was hospital policy to intubate me. He tried to get me a wheelchair, but the hospital refused to send one to ICU. Because they refused, he had the nurse take me out of the hospital in a hospital bed. He said he'd have the nurse bring me down.

23. The act of "intubation" or placing someone "on a ventilator" is the act of placing someone in a medically induced coma in order to place them on life support machinery. Intubation is not healthcare, but end of life care. It is not a substitute for healthcare. In my case, safe and effective treatment was available. I did receive, but at another hospital. At this hospital, I was denied treatment because of its hospital policies. Both Dr. Vohra and Dr. Simon both commented separately that it was not their policy to deny me care. At any rate, the hospital management and ownership are responsible for the negligent, not duly diligent, careless, reckless, subpar or otherwise harmful actions of their employees.

24. Both doctors stipulated they didn't want to deny me medical care, but it was the hospital general policy. According to Dr. Simon they denied healthcare to patients.

11

25. The honest comments made by the unnamed medical professional which shocked me were straight forward. This professional admitted the hospital was murdering people in the name of profits. His comments support the actions that had taken place prior in the emergency room; from receiving the wrong medications and/or dosages causing a moderate case of a nagging cough to suddenly turn to a life-threatening condition; the total denial of medical care after my condition turned life-threatening due to unknown medications, the insistence of signing a consent form without informed consent. The death rate from intubation was cited as 80% nationwide. Certainly this was a conspiracy to commit murder in the pursuit of profitable medical commissions based on Covid diagnoses and/or unknown Covid status diagnoses.

Hospitals have an obligation and a duty to provide medical treatment to those in need; regardless of uncertainties over their medical conditions. Their job is to determine what the medical conditions are that require treatment and to apply treatment. Never before have we seen patients being told their asthma, low blood sugar, heart attacks would not be treated, because of unknown "flu" status. Under the broad stroke of labeling patients to have an unknown Covid status this is exactly what they did, deny medical care.

26. I was discharged against medical advice on Oct. 17 2020. Mr. Eric Rassi picked me up and drove me home. I was in very bad condition. I was terrified to go to any hospital over my recent experience. Mr. Rassi himself did not want me to go to another hospital. Because my chest pains were becoming even more severe. I called Tania Lopez and her boyfriend Chance Bishop that morning, who both insisted I needed to go to the Jersey City Medical Center and took me there.

27. The Jersey City Medical Center was packed. There were so many patients. When I arrived my vital signs were all awry. My pulse and blood pressure were high and my oxygen levels were very low. My EKG showed abnormal Sinus Tachycardia at 121. I was very lucky to get medical care due to the overflow of patients. When the doctor saw the bracelet on my arm from the Hoboken Medical Center, the doctor asked me if they gave me a "mag. IV" at Hoboken Medical Center. When I replied, I was only given 1 gram and refused a 2nd, the

12

doctor shook her head. She told me I wouldn't be in this condition if they had given me 2 more grams of magnesium? She also scolded me for waiting instead of coming immediately to their hospital. Although under the circumstances, she understood.

28. David Hungerford was present with me in this ER along with George Gruenthal. I was extremely fortunate the nurse on duty had recognized me from treating in the past for life-threatening symptoms related to respiratory and cardiac issues caused by the Osteomyelitis of the Jaw. I was treated immediately upon entry with DuoNebs. I was told I was given 6 grams of magnesium sulfate IV, along with 4ccs of morphine. Although my vitals were back to normal, I was breathing well and my chest pains dissipated, I still had an exaggerated nagging cough. The nurse insisted I take additional injections of morphine to alleviate my bad cough, but I refused as the morphine I already received hadn't lessened my cough at all. I did ask for cough syrup, but was told they didn't have any codeine type of cough syrup that actually could help my cough on hand, which was why I was being prescribed the morphine instead. You would think that since there was some supposed respiratory condition labeled as Covid that in many cases expressed itself with cough that one of the first things any hospital would have on hand and provide would be cough syrup. Because I was very debilitated from the health crisis I experienced, I was instructed to sign myself into the hospital, which I did. The medical care I received at Jersey City Medical Center emergency room was exceptional. They saved my life. Even my initial night hospitalized was exceptional.

29. Due to the circumstances that took place at CarePoint Health-Hoboken Medical Center, I was understandably apprehensive about being hospitalized. However, the hospital staff realizing this allowed 2 patients to come visit me in my room. The 2 patients, middle-aged black women told me I was lucky to leave Hoboken Medical Center alive. "That's not a good place to be Hispanic", they told me: "They kill Blacks and Hispanics there" and began to tell me of friends and family who are also diabetic like them who they said they felt certain were murdered at CarePoint Health-Hoboken Medical Center for being minorities.

30. Everyone in the Jersey City Medical Center up to that point made me feel safe, made sure I had access to a phone, and treated me with dignity.

13

31. However, the rest of my stay was not. Doctors told me they didn't have access to my emergency room visit records and they could not contact the ER staff who treated me, because the ER was so overflowing with patients. This would not have been a major problem; except as I later learned a call was received from the Hoboken Medical Center on Oct. 18, 2020. This call suddenly changed the way I was treated.

32. Since 2017, I always would carry 2 file folders of medical records, exams, and diagnostics with me in case of emergency. The records mainly concentrated on COPD/Asthma records and Osteomyelitis of the Jaw. Most of the labs consisted of breathing tests and blood work. The doctor was very adversarial and began pulling out records and lab tests. I may have had 1 or 2 lab tests showing Giardia and/or helminthes (tapeworm) infections. She began questioning me on these infections. Even when I showed the doctor the lab work and the warning label on Fasenra and even solu-medrol which indirectly shows a link to helminthes infections, the doctor dismissed it. She told me it was extremely rare to get tapeworms or Giardia. This of course is ridiculous. "The reason you have to boil water in a water main break is to prevent a Giardia infection", I explained and continued that tapeworms are common even in the US; especially if people eat a lot of sushi.

She then began questioning the fact I had Osteomyeltis of the Jaw. She said these claims were too fantastical to be believed. I was forced to spend at least 15 minutes or more explaining what Oseteomyelitis was and that yes infections of the dental cavity and jaw exist. The following day, I was forced to spend at least another ½ hour explaining Ostemyelitis of the Jaw to another doctor. The relationship clearly was antagonistic. I felt like I was being treated like a criminal and I couldn't understand why. No one likes to be forced to defend every claim as if they are a liar, especially as a patient where your life is in someone else's hands. I told both of these doctors they should call up the labs themselves or the doctors who wrote the reports I had. I explained some of the reports were written by some of the most respected men in their fields.

33. I began being denied DuoNebs as needed. Staff began insisting nearly non-stop that steroids are safe and that I needed to take steroids; blaming my "non-compliance" to take high

14

31. However, the rest of my stay was not. Doctors told me they didn't have access to my emergency room visit records and they could not contact the ER staff who treated me, because the ER was so overflowing with patients. This would not have been a major problem; except as I later learned a call was received from the Hoboken Medical Center on Oct. 18, 2020. This call suddenly changed the way I was treated.

32. Since 2017, I always would carry 2 file folders of medical records, exams, and diagnostics with me in case of emergency. The records mainly concentrated on COPD/Asthma records and Osteomyelitis of the Jaw. Most of the labs consisted of breathing tests and blood work. The doctor was very adversarial and began pulling out records and lab tests. I may have had 1 or 2 lab tests showing Giardia and/or helminthes (tapeworm) infections. She began questioning me on these infections. Even when I showed the doctor the lab work and the warning label on Fasenra and even solu-medrol which indirectly shows a link to helminthes infections, the doctor dismissed it. She told me it was rare to get tapeworms or Giardia. This of course is ridiculous. "The reason you have to boil water in a water main break is to prevent a Giardia infection", I explained and continued that tapeworms are common even in the US; especially if people eat a lot of sushi.

    She then began questioning the fact I had Osteomyeltis of the Jaw. She said these claims were too fantastical to be believed. I was forced to spend at least 15 minutes or more explaining what Oseteomyelitis was and that yes infections of the dental cavity and jaw exist. The following day, I was forced to spend at least another ½ hour explaining Ostemyelitis of the Jaw to another doctor. The relationship clearly was antagonistic. I felt like I was being treated like a criminal and I couldn't understand why. No one likes to be forced to defend every claim as if they are a liar, especially as a patient where your life is in someone else's hands. I told both of these doctors they should call up the labs themselves or the doctors who wrote the reports I had. I explained some of the reports were written by some of the most respected men in their fields.

33. I began being denied DuoNebs as needed. Staff began insisting nearly non-stop that steroids are safe and that I needed to take steroids; blaming my "non-compliance" to take high

dosages of a steroid for my continued illness. In addition, I was being repeatedly asked why had I been making up the whole story I had chest pains at Hoboken Medical Center and in the ER in Jersey City. I didn't understand what was going on. It was at this point I finally learned from one of the doctors that a call was received from the Hoboken Medical Center. The call alleged I was a mentally ill, female drug addict carrying falsified medical records. I believe the doctor may have specified I was a crack and heroin addict. For the record, this is racism and defamation of character. I have never tried or used Crack Cocaine, Heroin, or any other illicit drug. I have never even tried smoking a cigarette in my whole entire life. Hoboken Medical Center is aware of this as it has taken dozens of drug tests against my express wishes due to its staff's racist stereotypes that "all Puerto Ricans are drug addicts" and none have ever come up positive for illicit drug use.

34. My CBC blood work was abnormal, my vitals were abnormal. The D. Dimer test was extremely high as shown in the blood work at the Hoboken Medical Center; EKGs show abnormal Sinus Tachycardia demonstrating that I likely had chest pains. Whoever contacted the Jersey City Medical Center to say I was making up chest pains should be prosecuted for committing a willful criminal act. I later discovered that the doctor had actually called each and every doctor and lab listed to confirm the information was real. But even after speaking to at least 3 medical doctors and 2 dentists causing one of the doctors to apologize, I felt my stay there had been poisoned by this phone call from the Hoboken Medical Center. This along with my pulmonologist recommending I sign myself out caused me to sign out against medical advice on Oct. 20, 2020.

35. It was not enough Carepoint Health Hoboken Medical Center denied me medical care, the hospital staff decided to harm me further by contacting another hospital thereby poisoning my healthcare at another facility; forcing me to leave. I did not want to leave the Jersey City Medical Center. I was aware I could not physically take care of myself. I left because I felt like I wasn't being treated with respect anymore.

36. If I had been treated at CarePoint Health-Hoboken Medical Center, my health would not have deteriorated to such a level I needed to go to another emergency room at another hospital in another city, and be admitted; and if said hospital staff hadn't contacted the Jersey

City Medical Center, I wouldn't have needed to rely on the help of friends for nearly 3 weeks, because I wouldn't have felt compelled to sign myself out.

## **PRAYER FOR RELIEF**

Wherefore, plaintiff prays for judgment against the defendants for damages due to willful negligence and reckless endangerment that could have caused permanent injury, disability, or death in such amount as the Court shall determine, and for pain, suffering, and other such other and further relief as the Court deems just and proper.

A jury trial is demanded.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of October 2020.

Jessica Anna Coco
Plaintiff, Pro Se
320 Jackson St. apt. 194
Hoboken, NJ 07030
(201) 798-0786